UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION



United States District Court
Southern District of Texas
FILED
JAN 12 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-21-0155 |
| § | |
| ERICK CABRERA § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about October 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ERICK CABRERA**

did knowingly aimed the beam of a laser pointer at a Texas Department of Public Safety helicopter bearing tail number N40TX, an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY